UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SENSYS AMERICA, INC., a foreign corporation,

        Plaintiff,

                        Case No.: 6:12-CV-1655-Orl-28DAB

vs.

BREKFORD CORP., a foreign corporation,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated:  November 26, 2012        Respectfully submitted,

                                        CARR LAW FIRM, P.A.
                                        189 S. Orange Avenue

        Suite 1520-B
        Orlando, Florida 32801
        Telephone: (407)426-9300
        Facsimile: (407)426-9304

        By: /s/ Peter F. Carr, Jr.
        Peter F. Carr, Jr., Esquire
        Florida Bar No.:  0046078
        Email: pcarr@carrlawpa.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the **26th** day of November, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to: W. L. Kirk, Jr., Esq. and Samantha C. Duke, Esq., Rumberger, Kirk & Caldwell, P.O. Box 1873, Orlando, FL 32802-1873.

        /s/ Peter F. Carr, Jr., Esq.
        PETER F. CARR, JR., ESQ.