UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SENSYS AMERICA, INC., a foreign corporation,

        Plaintiff,

                              Case No.: 6:12-CV-1655-Orl-28DAB

vs.

BREKFORD CORP., a foreign corporation,

        Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, SENSYS AMERICA, INC., a foreign corporation, by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Interested Persons Order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        Peter F. Carr, Jr., Esq.
        Mitzi S. Carr, Esq.
        Carr Law Firm, P.A.
        Attorneys for Plaintiff

        SENSYS AMERICA, INC., a foreign corporation
        Plaintiff

        BREKFORD CORP., a foreign corporation
        Defendant

        W. L. Kirk, Jr., Esq.
        Samantha C. Duke, Esq.
        Rumberger, Kirk & Caldwell
        Attorneys for Defendant

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        None

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

        None

    4.    The name of each victim (individual and corporate) of civil

and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

    /s/ Peter F. Carr, Jr., Esq.
    PETER F. CARR, JR., ESQ.
    Florida Bar No.:  0046078
    MITZI S. CARR, ESQ.
    Florida Bar No.: 27568
    Carr Law Firm, P.A.
    189 S. Orange Ave., Suite 1520-B
    Orlando, FL 32801
    Telephone: (407)426-9300
    Facsimile: (407)426-9304
    pcarr@carrlawpa.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **26th** day of November, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to: W. L. Kirk, Jr., Esq. and Samantha C. Duke, Esq., Rumberger, Kirk & Caldwell, P.O. Box 1873, Orlando, FL 32802-1873.

    /s/ Peter F. Carr, Jr., Esq.
    PETER F. CARR, JR., ESQ.