**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SENSYS AMERICA, INC.,**

       **Plaintiff,**

-vs-                                                                  **Case No. 6:12-cv-1655-Orl-28DAB**

**BREKFORD CORP.,**

       **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Remand for Lack of Subject Matter Jurisdiction (Doc. 26). The Motion is **GRANTED**. This case is remanded to the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2012-CA-016843-0. The Clerk of the Court is directed to remand this case as set forth herein and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record